1

2

3

4            IN THE UNITED STATES DISTRICT COURT

5         FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9

10   DANNY MCCOY,                          No. C-12-3874 TEH (PR)

11            Plaintiff,                   ORDER GRANTING LEAVE TO PROCEED
                                          IN FORMA PAUPERIS
12        v.

13   MATTHEW ANDERSON,

14            Defendant.

     _____/

15   DANNY MCCOY,                          No. C-12-3875 TEH (PR)

16            Plaintiff,                   ORDER GRANTING LEAVE TO PROCEED
                                          IN FORMA PAUPERIS
17        v.

18   IAN WONG,

19            Defendant.

20   _____/

21

22        Plaintiff Danny McCoy, an inmate at Lompoc Federal Prison

23   located in Lompoc, California, has filed two pro se complaints under

24   42 U.S.C. § 1983 in which he applies to proceed in forma pauperis

25   (IFP) under 28 U.S.C. § 1915.  His applications to proceed IFP are

26   granted.  (Case No. 3874 TEH, Doc. #2; Case No. 3875 TEH, Doc. #3).

27   The total filing fee due is $ 350.00 for each case and the initial

28   partial filing fee due at this time is $ 0.00.  See 28 U.S.C.

United States District Court
For the Northern District of California

§ 1915(b)(1).  A copy of this Order and the attached instructions will be sent to Plaintiff, the prison trust account office and the Court's financial office

      IT IS SO ORDERED.

DATED      _08/30/2012_

                         THELTON E. HENDERSON
                         United States District Judge

G:\PRO-SE\TEH\CR.12\McCoy-12-3874&12-3875 IFP Grant.wpd

**United States District Court**
For the Northern District of California

**2**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE**

The prisoner shown as the Plaintiff or Petitioner on the attached Order has filed a civil action <u>in forma pauperis</u> in this Court and owes to the Court a filing fee.  Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

The initial partial filing fee listed on the attached Order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the Clerk of the Court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the six-month period immediately preceding the filing of the Complaint/Petition or (b) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the Complaint/Petition.

Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the Court each time the amount in the account exceeds ten dollars ($10.00).  The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one Complaint, (s)he is required to pay a filing fee for each case.  The trust account office should make the monthly calculations and payments for each case in which it receives an order granting <u>in forma pauperis</u> and these instructions.

The prisoner's name and case number must be noted on each remittance.  The initial partial filing fee is due within thirty days of the date of the attached Order.  Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:  Plaintiff/Petitioner
     Finance Office

(rev. 1/07)

3